FILED: May 17, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1240
(A200-578-971)
_____

JOSE ANTONIO LOPEZ GARCIA

  Petitioner

v.

LORETTA E. LYNCH, Attorney General

  Respondent

_____

O R D E R
_____

Upon consideration of the unopposed motion for abeyance, the court grants the motion. The court places the case in abeyance pending adjudication of the motion to reopen filed by petitioner with the Board of Immigration Appeals (BIA).

The court directs the parties to immediately notify the court in writing when the BIA has adjudicated the motion to reopen. The parties are directed to file a status report 30 days from the date of this order and every 30 days thereafter.

         For the Court

         /s/ Patricia S. Connor, Clerk